IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LAEL OMAR WRIGHT,**
   **Plaintiff,**

vs.            Case No. 3:10cv162/LC/MD

**DAVID MORGAN, et al.,**
   **Defendants.**

---

## REPORT AND RECOMMENDATION

This civil rights action is before the court upon plaintiff's notice of voluntary dismissal (doc. 8). Pursuant to FED.R.CIV.P. 41(a)(1), this action should be dismissed.

Accordingly, it is respectfully **RECOMMENDED**:

That this cause be **DISMISSED WITHOUT PREJUDICE** and the clerk be directed to close the file.

At Pensacola, Florida, this 3rd day of August, 2010.

     /s/ *Miles Davis*
     **MILES DAVIS**
     **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**