IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAEL OMAR WRIGHT,
    Plaintiff,

vs.                                     CASE NO.: 3:10cv162/LAC/MD

DAVID MORGAN, et al.,
    Defendants.

_____

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 3, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is DISMISSED WITHOUT PREJUDICE and the clerk is directed to close the file.

DONE AND ORDERED this 7th day of September, 2010.

                                      *s/L.A. Collier*
                                      **LACEY A. COLLIER**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**